# AIELLO CANNICK
## Your rights • Our business
Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

November 22, 2022

**VIA ECF**
Honorable Vincent L. Briccetti
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 11/22/22
White Plains, NY

Re:  United States v. Morales, et al.
     Case Number: 7:22-cr-00485-VB

Dear Judge Briccetti:

On November 15th, 2022 Travis Swain was arraigned on a nine (9) defendant indictment and pleaded "Not Guilty". The matter was then adjourned to November 29th, 2022 before Your Honor. Inasmuch as I will be away on a pre-arranged vacation, we respectfully request that Mr. Sean Maher appear on my behalf to represent Mr. Swain. He and I have discussed the foregoing and Mr. Swain consents to Mr. Maher appearing with him on my behalf for the scheduled status conference before Your Honor on November 29th, 2022.

Thank you in advance for your consideration.

Very truly yours,

/s/ Deveraux L. Cannick

Deveraux L. Cannick

DLC/mw