USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,  :

v.  :  **ORDER**

  :  22 CR 485-3 (VB)

TRAVIS SWAIN,  :
                                    Defendant.  :
--------------------------------------------------------------x

      On April 4, 2024, the Court received an undated letter from defendant Travis Swain, in which he makes a number of assertions about his retained attorneys, Richard A. Portale and Chad L. Mair, Esqs. Chambers forwarded the letter to Mr. Portale, and asked him to respond. On April 12, 2024, Mr. Portale submitted a letter to the Court asking to be relieved as defendant's counsel and otherwise responding to defendant's letter.

      The Court reserves decision on Mr. Portale's application to be relieved.

      The Court will conduct a conference on **Tuesday, April 23, 2024, at 12:30 p.m.**, at which time the Court will consider Mr. Portale's application. Mr. Portale and government counsel are directed to attend the conference. The government is directed to arrange for defendant Swain to be produced at the conference. None of the other defendants in this case or their counsel is required to attend.

      Defendant's letter suggests that he has consulted another attorney whom he may be considering retaining. He is, of course, free to do so. If another attorney files a notice of appearance prior to the scheduled April 23 conference, that attorney shall also attend the conference. If no other attorney files a notice of appearance by that date, and the Court decides to relieve Mr. Portale, the Court will likely appoint CJA counsel for Mr. Swain.

      Prior to the April 23, 2024, conference, Mr. Portale is directed to discuss the foregoing with Mr. Swain.

      Mr. Portale is also directed to provide a copy of this Order to defendant.

      The two letters referred to above will be filed under seal.

Dated: April 15, 2024
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge