```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
v.                                        :
                                          :
TRAVIS SWAIN,                             :
                       Defendant.         :
--------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-24

**ORDER**

22 CR 485-3 (VB)

For the reasons set forth on the record at a conference held today in this case:

1. The application of Richard A. Portale, Esq., to be relieved as counsel for defendant Travis Swain is granted. The Clerk is instructed to terminate Mr. Portale and his firm as attorneys of record.

2. James M. Roth, Esq., is appointed as defendant Swain's attorney pursuant to the Criminal Justice Act.

3. By May 23, 2024, Mr. Roth shall advise the Court by letter whether he expects to adhere to the pretrial motion schedule and other deadlines set by the Court at the status conference on January 10, 2024. If appropriate, Mr. Roth may file that letter ex parte and under seal.

4. The Court expects Mr. Portale to promptly provide his file to Mr. Roth and fully brief Mr. Roth as to the status of this case.

Dated: April 23, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge