USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/24

U.S. Department of Justice

United States Attorney Southern
District of New York

50 Main Street, Suite 1100
White Plains, New York 10606

October 9, 2014

APPLICATION GRANTED
SO ORDERED:

/s/ VLB

Vincent L. Briccetti, U.S.D.J.
Dated: 10/9/24
White Plains, NY

The 10/23/24 conference is adjourned to 11/7/24 at 10:00 a.m. Time is excluded in the interest of justice until 11/7/24 for the reasons set forth herein.

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Travis Swain, S1 22 Cr. 485 (VB)

Dear Judge Briccetti:

The Government submits this unopposed letter respectfully requesting an adjournment of the status conference in the above-referenced matter, which is currently scheduled for October 23, 2024, at 11:00 a.m.

The parties have a good faith reason to believe that a plea agreement in this matter will be reached in the coming weeks and that the status conference likely will be converted into a change of plea hearing. However, additional time is necessary to ensure that the defendant has sufficient time to discuss the plea with his lawyer. The Government submits that this short adjournment will be the most efficient use of the Court's and the parties' time. The Government has spoken with both the Court's deputy and defense counsel, and proposes an adjournment to November 7, 2024, at 10:00 a.m.

If granted, the Government also moves to exclude time pursuant to the Speedy Trial Act. Such an exclusion is appropriate to allow the parties time to come to a pre-trial disposition. 18 U.S.C. 3161(h)(7). Defense counsel does not oppose the exclusion of time.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Kaiya Arroyo
Kaiya Arroyo
Assistant United States Attorney
(212) 347-2226

1