UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                             Plaintiff,                  **MEMORANDUM**

      -against-                                   22 Cr. 485 (VB)

TRAVIS SWAIN,

                           Defendant.
----------------------------------------------------------------x

TO: <u>Vincent L. Briccetti, United States District Judge:</u>

      Please find attached a transcript of the November 7, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 14, 2025
       White Plains, New York

                                                    Respectfully Submitted,

                                                    */s/ Judith C. McCarthy*
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge