```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :         ORDER ACCEPTING
v.                                  :         PLEA ALLOCUTION
                                    :
TRAVIS SWAIN,                       :         S1 22 CR 485-3 (VB)
               Defendant.           :
--------------------------------------------------------x
```

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 1/22/25*

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated November 7, 2024, is approved and accepted, and the defendant is adjudged guilty of Count One of the indictment.

The Clerk is directed to enter the guilty plea.

Dated: January 22, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge